AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| FRANQUI SOTO | ) | 6:21-mj- 1009 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 24, 2020 _____ in the county of _____ Orange _____ in the
_____ Middle _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Kevin Kaufman, Special Agent
_Printed name and title_

Sworn to before me over the video conference and
signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: ___1/7/21___

_____
_Judge's signature_

City and state: _____ Orlando, Florida _____

Leslie R. Hoffman, U.S. Magistrate Judge
_Printed name and title_

**STATE OF FLORIDA**

**COUNTY OF ORANGE**

CASE NO. 6:21-mj- 1009

### AFFIDAVIT

I, Kevin Kaufman, being duly sworn, do hereby depose and state as follows:

1.    This affidavit is submitted in support of a criminal complaint against FRANQUI SOTO, for a violation of 18 U.S.C. § 2252A(a)(2).  As set forth in more detail below, I believe there is probable cause that on or about November 24, 2020, in Orange County, Florida, SOTO knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

2.    I have been a Special Agent (SA) with the Federal Bureau of Investigation (FBI) for the past 16 years.  I am currently assigned to the FBI Violent Crimes Against Children Task Force.

3.    I have received specialized training concerning investigations of sex crimes, child exploitation, child pornography, and computer crimes.  I have also investigated and assisted in the investigation of matters involving the possession, receipt, distribution, and production of child pornography.  During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.  Moreover, I am a SA who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A.

4.      I have participated in various training courses concerning the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.      I make this affidavit based on my experience and background as a law enforcement officer, including my experience with the FBI; my personal participation in the investigation; information provided by other FBI Special Agents who participated in this investigation with me, and other law enforcement officers and agency personnel.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE STATEMENT

6.      On November 30, 2020, the FBI Tampa Division, Orlando Resident Agency received a lead from the Knoxville Division about a person receiving and distributing child sexual abuse material (CSAM).  As part of an ongoing effort to identify and arrest person(s) engaging in the ongoing distribution and receipt of CSAM, the FBI utilized online covert employees

2

(OCE) to engage with individuals on the internet who are on applications commonly used to engage in the distribution and the receipt of CSAM.

7.      On or about November 12, 2020, an OCE was using the KIK application. While on the KIK application, the OCE joined a group titled "Boys For Play." While in the group, the OCE observed several members of this group engaging in the distribution and receipt of CSAM. In particular, the OCE observed KIK subscriber knightwatch10 (hereafter knightwatch10) distribute CSAM to the members of the "Boys For Play" group.

8.      Specifically, on November 12, 2020, knightwatch10 distributed a video that was approximately 59 seconds in length. The video was of a male child approximately 13 years old. The child was sitting on a toilet masturbating. The OCE then captured knightwatch10 commenting on multiple images and videos of CSAM being distributed to the group. For example, a CSAM image of a male child approximately 15 years old laying naked on a bed with an erect penis was distributed to the "Boys For Play" group by another user. Knightwatch10 commented "Mmm I would love to suck that." Knightwatch10 was later captured by the OCE distributing this image to another KIK group titled "Boy Shot."

9.      On November 16, 2020 and November 24, 2020, the OCE captured knightwatch10 again distributing CSAM in the KIK group "Boys

3

For Play." The CSAM image knightwatch10 distributed on November 16, 2020 was an image of a male child who is approximately 15-16 years old. The child is standing in a hallway with no shirt on and his shorts are pulled down exposing his erect penis. The CSAM video knightwatch10 distributed on November 24, 2020, was approximately 15 seconds in length. The video was of a male child who is approximately 10-11 years old. The child is being forced to perform oral sex on an adult male.

10.     On November 13, 2020, the FBI sent an administrative subpoena to KIK in order to identify KIK subscriber knightwatch10. On November 16, 2020, KIK responded to the administrative subpoena identifying that the KIK account had been created on August 7, 2019 with an iPhone and was registered with the e-mail address helptheplanet1@yahoo.com. Additionally, KIK identified IP addresses used by knightwatch10 to connect to KIK. One of the IP addresses utilized by knightwatch10 was identified as Spectrum IP address 97.103.36.57. Knightwatch10 connected to this IP address on November 12, 2020 and November 16, 2020.

11.     On November 18, 2020, an administrative subpoena was sent to Charter Communications to identify the subscriber of the IP address 97.103.36.57. On November 24, 2020, Charter Communications responded to

the administrative subpoena identifying the subscriber of IP address 97.103.36.57 as D.S., at a residence in Orlando, Florida.

12.     The FBI conducted a CLEAR search on the residence address that was provided by Charter Communications. The search revealed that an adult male identified as FRANQUI SOTO (SOTO), resided at the residence. I conducted further open source checks on SOTO and located SOTO's Facebook page. On his Facebook page, I located several images of SOTO, to include multiple images that were used in combination to create the KIK profile picture for knightwatch10. Additionally, I conducted a google search on SOTO's residence and a satellite image of the residence was located. The image revealed a pool at the residence. During the conversations with knightwatch10, knightwatch10 sent an image to the OCE that contained part of a pool. I believe the satellite image of the pool was similar to the image of the pool the knightwatch10 sent to the OCE.

### SEARCH WARRANT AND INTERVIEW

13.     Based on this information, on January 6, 2021, I obtained a federal search warrant to search the residence. On January 7, 2021, the FBI executed the search warrant. Shortly after Special Agent (SA) Rodney Hyre and I arrived at the residence SOTO exited his residence and I made contact with SOTO. I identified myself and explained to SOTO that the FBI had a search warrant to search his residence. Prior to entering the residence, SA Hyre asked SOTO if he

had any weapons in his pocket. SOTO answered no and SA Hyre asked SOTO if he could check. SOTO agreed and SA Hyre located SOTO's cellular telephone in SOTO's right pocket.

14.     I informed SOTO that he was not under arrest, he did not have to answer my questions, and was free to leave. SOTO understood and agreed to speak to SA Hyre and me. I asked SOTO if his cell phone was password protected and he answered yes. I asked him for the password and SOTO provided the password. During the recorded interview, SOTO was shown a screen shot of a KiK user profile picture for KiK subscriber knightwatch10. SOTO stated he was the subscriber of the KiK profile knightwatch10. SOTO stated he had the KiK account for approximately 1 year and used the account to communicate with a friend in England. SOTO was shown an image of a male flexing his triceps with a pool behind him. SOTO identified the male in the image as himself. SOTO was asked if he sent that image out on KiK and he answered yes. SOTO was then asked if he ever used KiK to receive or distribute CSAM. SOTO denied receiving or distributing CSAM on KiK. SOTO was then shown an image in a KiK chat of a male child approximately 15-years-old laying naked on a bed with an erect penis. SOTO admitted that he received the image while in a KiK group. SOTO said he later distributed the image on KiK.

15.     SOTO was shown an image in a KiK chat of male child who is approximately 15-16 years old. The child is standing in a hallway with no shirt

6

and his shorts are pulled down exposing his erect penis. SOTO admitted to distributing the image on KiK. SOTO was then shown an image in a KiK chat. The image was of a young boy with a green shirt on. I explained to SOTO the image was a screen capture of a video and the video was of a 10-11 year-old boy being forced to perform oral sex on an adult male. SOTO said he remembered seeing that video and admitted to distributing the video on KiK. I asked SOTO about the comments he made when distributing the images and videos. SOTO replied he was just to trying to excite the men he was chatting with. SOTO initialed and dated all the aforementioned images of CSAM shown to SOTO.

16.     SOTO stated he first saw CSAM when he was in his 20's and had viewed CSAM off on over the past years. SOTO occasionally masturbated to the CSAM he received. SOTO admitted that all the images and videos of CSAM he received or distributed were conducted from his residence in Orlando, Florida. SOTO stated he was sexually abused when he was a child by his cousin.

## CONCLUSION

17.     Based on the above, there is probable cause that on or about November 24, 2020, in Orange County, in the Middle District of Florida, SOTO

knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Kevin Kaufman
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate by videoconference consistent with
Fed. R. Crim. P. 4.1 and 4(d) before me
this ___ day of January 2021.

LESLIE R. HOFFMAN
United States Magistrate Judge

8