UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

United States

vs.                                            Case No. 6:21 - mj - 1009 Orl-_____

Franqui Soto

## EXHIBIT LIST

✗ Government _____ Plaintiff _____ Defendant _____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | SA Kevin Kaufman | | KIK Chats |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |